NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| CLAUDETTE HYATT, *et al.*, | : | **Hon. Dennis M. Cavanaugh** |
|  | : |  |
| Plaintiffs, | : | **ORDER** |
|  | : |  |
| v. | : | Civil Action No. 04-CV-1545 (DMC) |
|  | : |  |
| COUNTY OF PASSAIC, *et al.*, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

_____This matter comes before the Court upon motion by the Passaic County Prosecutor's Office ("PCPO"), Chief Assistant Prosecutor Joseph Del Russo, Assistant Prosecutor Christopher Freid, Detective Susan Bonds and Giselle Henriquez (collectively "Defendants"); and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this 24th day of March, 2008;

**ORDERED** that Defendants PCPO, Del Russo,  Freid, Bonds and Henriquez's motion for summary judgment is **granted**; and it is further

**ORDERED** that Defendants Avigliano and County of Passaic's cross-motion for summary judgment is **granted**.


Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:      Clerk
cc:              All Counsel of Record
                   Hon. Mark Falk, U.S.M.J.
                   File